IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAGGIE LAWRENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cv-00680 |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | JUDGE CAMPBELL |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, TENNESSEE acting by and ) | |
| through THE NASHVILLE FIRE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

A. **TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

   1. Do you find that Metro discriminated against Ms. Lawrence in violation of Title VII of the Civil Rights Act of 1964?

      __X__ YES _____ NO

B. **AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967**

   2. Do you find that Metro discriminated against Ms. Lawrence in violation of the Age Discrimination in Employment Act of 1967?

      __X__ YES _____ NO

C. **RETALIATION**

   3. Do you find that Metro retaliated against Ms. Lawrence in violation of Title VII of the Civil Rights Act of 1964?

      _____ YES __X__ NO

   4. Do you find that Metro retaliated against Ms. Lawrence in violation of the Age

Discrimination in Employment Act of 1967?

_____ YES  \_\_\_X\_\_\_ NO

*If you answered "Yes" to questions 1 or 3, proceed to Question 5. If you answered "No" to questions 1 and 3, skip the remaining question and have the Foreperson sign and date this form.*

5. What amount of compensatory damages should be awarded to Ms. Lawrence for Metro's gender discrimination?

$ 225,000
(Amount of damages)

_____
Jury Foreperson

05-10-2024
Date