# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MAGGIE LAWRENCE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:22-cv-00680 |
| | ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE acting by and through THE NASHVILLE FIRE DEPARTMENT, | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE HOLMES |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found in favor of Plaintiff on her claims for sex discrimination in violation of Title VII of the Civil Rights Act of 1964 and age discrimination in violation of the Age Discrimination in Employment Act of 1967. The jury found in favor of Defendant for the retaliation claim. The jury awarded Plaintiff $225,000. The parties stipulated that if the jury found Plaintiff was discriminated against, she would be entitled to back pay in the amount of $45,806.66. Accordingly, that amount was also awarded.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE